## AFFIDAVIT OF SERVICE
### UNITED STATES DISTRICT COURT
### District of Georgia

Case Number: 1:22-CV-670-WMR

**Plaintiff: Robert (Bob) Formby, on behalf of himself and all others similarly situated**

vs.

**Defendant: Deloitte & Touche, LLP and Deloitte, LLP**

For:
C. Mark Warren
Warren & Griffin, PC
300 West Emery
Suite 108
Dalton, GA 30720

Received by Ancillary Legal Corporation on the 21st day of February, 2022 at 10:43 am to be served on **Deloitte, LLP c/o Corpoation Service Company, Registered Agent, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092**.

I, Christopher Todd Horton, being duly sworn, depose and say that on the **21st day of February, 2022** at **12:23 pm, I:**

served **Deloitte, LLP c/o Corpoation Service Company, Registered Agent** by delivering a true copy of the **Summons in a Civil Action, Class Action Complaint, Exhibit A - B** to: Corpoation Service Company as **Registered Agent, BY LEAVING THE SAME WITH** Diane Beams as **Authorized to accept** at the address of: **2 Sun Court, Suite 400, Peachtree Corners, GA 30092**.

**Additional Information pertaining to this Service:**
2/21/2022  12:23 pm  Perfected corporate service at 2 Sun Court Suite 400, Peachtree Corners, GA 30092, by serving Diane Beams, Firm Administrator.

White female, Light brown hair, ~5'6", ~180 lbs, ~60 years old, Wears glasses.

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

**Christopher Todd Horton**
Process Server

Subscribed and Sworn to before me on the 22nd day of February, 2022 by the affiant who is personally known to me.

Sharon Robertson
NOTARY PUBLIC

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: ANC-2022001776
Ref: Formby

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2h