## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Georgia

Case Number: 1:22-CV-670-WMR

Plaintiff: **Robert (Bob) Formby, on behalf of himself and all others similarly situated**

vs.

Defendant: **Deloitte & Touche, LLP and Deloitte, LLP**

For:
C. Mark Warren
Warren & Griffin, PC
300 West Emery
Suite 108
Dalton, GA 30720

Received by Ancillary Legal Corporation on the **21st day of February, 2022** at **10:43 am** to be served on **Deloitte & Touche, LLP c/o Corpoation Service Company, Registered Agent, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092**.

I, Christopher Todd Horton, being duly sworn, depose and say that on the **21st day of February, 2022** at **12:23 pm, I:**

served **Deloitte & Touche, LLP c/o Corpoation Service Company, Registered Agent** by delivering a true copy of the **Summons in a Civil Action, Class Action Complaint, Exhibit  A - B** to: Corpoation Service Company as **Registered Agent, BY LEAVING THE SAME WITH** Diane Beams as **Authorized to accept** at the address of: **2 Sun Court, Suite 400, Peachtree Corners, GA 30092**.

**Additional Information pertaining to this Service:**
2/21/2022  12:23 pm  Perfected corporate service at 2 Sun Court Suite 400, Peachtree Corners, GA 30092, by serving Diane Beams, Firm Administrator.

White female, Light brown hair, ~5'6", ~180 lbs, ~60 years old, Wears glasses.

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true I have no interest in the outcome of this action and am not related to any of  the parties. I am 18 or more years of age and am authorized to serve process.

Subscribed and Sworn to before me on the ____
day of _____, ____ by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

**Christopher Todd Horton**
Process Server

**Ancillary Legal Corporation**
**2900 Chamblee Tucker Road**
**Building 13**
**Atlanta, GA 30341**
**(404) 459-8006**

Our Job Serial Number: ANC-2022001777
Ref: Formby

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2h