# EXHIBIT C

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the Fiscal Year Ended December 31, 2017**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the Transition Period from          to**

| Commission File Number | Registrant, State of Incorporation, Address and Telephone Number | I.R.S. Employer Identification No. |
|---|---|---|
| 1-3526 | **The Southern Company** (A Delaware Corporation) 30 Ivan Allen Jr. Boulevard, N.W. Atlanta, Georgia 30308 (404) 506-5000 | 58-0690070 |
| 1-3164 | **Alabama Power Company** (An Alabama Corporation) 600 North 18th Street Birmingham, Alabama 35291 (205) 257-1000 | 63-0004250 |
| 1-6468 | **Georgia Power Company** (A Georgia Corporation) 241 Ralph McGill Boulevard, N.E. Atlanta, Georgia 30308 (404) 506-6526 | 58-0257110 |
| 001-31737 | **Gulf Power Company** (A Florida Corporation) One Energy Place Pensacola, Florida 32520 (850) 444-6111 | 59-0276810 |
| 001-11229 | **Mississippi Power Company** (A Mississippi Corporation) 2992 West Beach Boulevard Gulfport, Mississippi 39501 (228) 864-1211 | 64-0205820 |
| 001-37803 | **Southern Power Company** (A Delaware Corporation) 30 Ivan Allen Jr. Boulevard, N.W. Atlanta, Georgia 30308 (404) 506-5000 | 58-2598670 |
| 1-14174 | **Southern Company Gas** (A Georgia Corporation) Ten Peachtree Place, N.E. Atlanta, Georgia 30309 | 58-2210952 |

Table of Contents Index to Financial Statements

**MANAGEMENT'S DISCUSSION AND ANALYSIS (continued)**
**Southern Company and Subsidiary Companies 2017 Annual Report**

the $CO_2$ pipeline facilities, AFUDC, and certain general exceptions (Cost Cap Exceptions). The combined cycle and associated common facilities portions of the Kemper County energy facility were placed in service in August 2014. In December 2015, the Mississippi PSC issued an order (In-Service Asset Rate Order), authorizing rates that provided for the recovery of approximately $126 million annually related to the assets previously placed in service.

On June 21, 2017, the Mississippi PSC stated its intent to issue an order (which occurred on July 6, 2017) directing Mississippi Power to pursue a settlement under which the Kemper County energy facility would be operated as a natural gas plant, rather than an IGCC plant, and address all issues associated with the Kemper County energy facility (Kemper Settlement Order). The Kemper Settlement Order established a new docket for the purposes of pursuing a global settlement of the related costs (Kemper Settlement Docket).

On June 28, 2017, Mississippi Power notified the Mississippi PSC that it would begin a process to suspend operations and start-up activities on the gasifier portion of the Kemper County energy facility, given the uncertainty as to its future. At the time of project suspension, the total cost estimate for the Kemper County energy facility was approximately $7.38 billion, including approximately $5.95 billion of costs subject to the construction cost cap, and was net of the $137 million in additional grants from the DOE received on April 8, 2016 (Additional DOE Grants). In the aggregate, Mississippi Power had incurred charges of $3.07 billion ($1.89 billion after tax) as a result of changes in the cost estimate above the cost cap for the Kemper IGCC through May 31, 2017. Given the Mississippi PSC's stated intent regarding no further rate increase for the Kemper County energy facility and the subsequent suspension, cost recovery of the gasifier portions became no longer probable; therefore, Mississippi Power recorded an additional charge to income in June 2017 of $2.8 billion ($2.0 billion after tax), which included estimated costs associated with the gasifier portions of the plant and lignite mine.

On February 6, 2018, the Mississippi PSC voted to approve a settlement agreement related to cost recovery for the Kemper County energy facility among Mississippi Power, the MPUS, and certain intervenors (Kemper Settlement Agreement). The Kemper Settlement Agreement provides for an annual revenue requirement of approximately $99.3 million for costs related to the Kemper County energy facility, which includes the impact of Tax Reform Legislation. The revenue requirement is based on (i) a fixed ROE for 2018 of 8.6%, excluding any performance adjustment, (ii) a ROE for 2019 calculated in accordance with Mississippi Power's Performance Evaluation Plan (PEP), excluding the performance adjustment, (iii) for future years, a performance-based ROE calculated pursuant to PEP, and (iv) amortization periods for the related regulatory assets and liabilities of eight years and six years, respectively. The revenue requirement also reflects a disallowance related to a portion of Mississippi Power's investment in the Kemper County energy facility requested for inclusion in rate base, which was recorded in the fourth quarter 2017 as an additional charge to income of approximately $78 million ($85 million net of accumulated depreciation of $7 million) pre-tax ($48 million after tax).

Under the Kemper Settlement Agreement, retail customer rates will reflect a reduction of approximately $26.8 million annually and include no recovery for costs associated with the gasifier portion of the Kemper County energy facility in 2018 or at any future date. On February 12, 2018, Mississippi Power made the required compliance filing with the Mississippi PSC. The Kemper Settlement Agreement also requires (i) the CPCN for the Kemper County energy facility to be modified to limit it to natural gas combined cycle operation and (ii) Mississippi Power to file a reserve margin plan with the Mississippi PSC by August 2018.

During the third and fourth quarters of 2017, Mississippi Power recorded charges to income of $242 million ($206 million after tax), including $164 million for ongoing project costs, estimated mine and gasifier-related costs, and certain termination costs during the suspension period prior to conclusion of the Kemper Settlement Docket, as well as the charge associated with the Kemper Settlement Agreement. Additional pre-tax cancellation costs, including mine and plant closure and contract termination costs, currently estimated at approximately $50 million to $100 million (excluding salvage), are expected to be incurred in 2018. Mississippi Power has begun efforts to dispose of or abandon the mine and gasifier-related assets.

Total pre-tax charges to income related to the Kemper County energy facility were $3.4 billion ($2.4 billion after tax) for the year ended December 31, 2017. In the aggregate, since the Kemper County energy facility project started, Mississippi Power has incurred charges of $6.2 billion ($4.1 billion after tax) through December 31, 2017.

As a result of the Mississippi PSC order on February 6, 2018, rate recovery for the Kemper County energy facility is resolved, subject to any future legal challenges.

See Note 3 to the financial statements under " Kemper County Energy Facility " for additional information.

**Plant Vogtle Units 3 and 4 Status**

In 2009, the Georgia PSC certified construction of Plant Vogtle Units 3 and 4. In 2012, the NRC issued the related combined construction and operating licenses, which allowed full construction of the two AP1000 nuclear units (with electric generating capacity of approximately 1,100 MWs each) and related facilities to begin. Until March 2017, construction on Plant Vogtle Units

Table of Contents    Index to Financial Statements

**CONSOLIDATED STATEMENTS OF INCOME**
**For the Years Ended December 31, 2017 , 2016 , and 2015**
**Southern Company and Subsidiary Companies 2017 Annual Report**

| | | 2017 | | 2016 | | 2015 |
|---|---|---|---|---|---|---|
| | | | | *(in millions)* | | |
| **Operating Revenues:** | | | | | | |
| Retail electric revenues | $ | **15,330** | $ | 15,234 | $ | 14,987 |
| Wholesale electric revenues | | **2,426** | | 1,926 | | 1,798 |
| Other electric revenues | | **681** | | 698 | | 657 |
| Natural gas revenues | | **3,791** | | 1,596 | | — |
| Other revenues | | **803** | | 442 | | 47 |
| Total operating revenues | | **23,031** | | 19,896 | | 17,489 |
| **Operating Expenses:** | | | | | | |
| Fuel | | **4,400** | | 4,361 | | 4,750 |
| Purchased power | | **863** | | 750 | | 645 |
| Cost of natural gas | | **1,601** | | 613 | | — |
| Cost of other sales | | **513** | | 260 | | — |
| Other operations and maintenance | | **5,481** | | 5,240 | | 4,416 |
| Depreciation and amortization | | **3,010** | | 2,502 | | 2,034 |
| Taxes other than income taxes | | **1,250** | | 1,113 | | 997 |
| Estimated loss on Kemper IGCC | | **3,362** | | 428 | | 365 |
| Total operating expenses | | **20,480** | | 15,267 | | 13,207 |
| **Operating Income** | | **2,551** | | 4,629 | | 4,282 |
| **Other Income and (Expense):** | | | | | | |
| Allowance for equity funds used during construction | | **160** | | 202 | | 226 |
| Earnings from equity method investments | | **106** | | 59 | | — |
| Interest expense, net of amounts capitalized | | **(1,694)** | | (1,317) | | (840) |
| Other income (expense), net | | **(55)** | | (93) | | (39) |
| Total other income and (expense) | | **(1,483)** | | (1,149) | | (653) |
| **Earnings Before Income Taxes** | | **1,068** | | 3,480 | | 3,629 |
| Income taxes | | **142** | | 951 | | 1,194 |
| **Consolidated Net Income** | | **926** | | 2,529 | | 2,435 |
| Less: | | | | | | |
| Dividends on preferred and preference stock of subsidiaries | | **38** | | 45 | | 54 |
| Net income attributable to noncontrolling interests | | **46** | | 36 | | 14 |
| **Consolidated Net Income Attributable to Southern Company** | $ | **842** | $ | 2,448 | $ | 2,367 |
| **Common Stock Data:** | | | | | | |
| Earnings per share — | | | | | | |
| Basic | $ | **0.84** | $ | 2.57 | $ | 2.60 |
| Diluted | | **0.84** | | 2.55 | | 2.59 |
| Average number of shares of common stock outstanding — (in millions) | | | | | | |
| Basic | | **1,000** | | 951 | | 910 |
| Diluted | | **1,008** | | 958 | | 914 |

The accompanying notes are an integral part of these consolidated financial statements.

**CONSOLIDATED BALANCE SHEETS**
**At December 31, 2017 and 2016**
**Southern Company and Subsidiary Companies 2017 Annual Report**

| Assets | | 2017 | | 2016 |
|---|---|---|---|---|
| | | *(in millions)* | | |
| **Current Assets:** | | | | |
| Cash and cash equivalents | $ | 2,130 | $ | 1,975 |
| Receivables — | | | | |
| Customer accounts receivable | | 1,806 | | 1,583 |
| Energy marketing receivable | | 607 | | 623 |
| Unbilled revenues | | 810 | | 706 |
| Under recovered fuel clause revenues | | 171 | | — |
| Income taxes receivable, current | | 63 | | 544 |
| Other accounts and notes receivable | | 635 | | 377 |
| Accumulated provision for uncollectible accounts | | (44) | | (43) |
| Materials and supplies | | 1,438 | | 1,462 |
| Fossil fuel for generation | | 594 | | 689 |
| Natural gas for sale | | 595 | | 631 |
| Prepaid expenses | | 452 | | 364 |
| Other regulatory assets, current | | 604 | | 581 |
| Other current assets | | 211 | | 230 |
| Total current assets | | 10,072 | | 9,722 |
| **Property, Plant, and Equipment:** | | | | |
| In service | | 103,542 | | 98,416 |
| Less: Accumulated depreciation | | 31,457 | | 29,852 |
| Plant in service, net of depreciation | | 72,085 | | 68,564 |
| Nuclear fuel, at amortized cost | | 883 | | 905 |
| Construction work in progress | | 6,904 | | 8,977 |
| Total property, plant, and equipment | | 79,872 | | 78,446 |
| **Other Property and Investments:** | | | | |
| Goodwill | | 6,268 | | 6,251 |
| Equity investments in unconsolidated subsidiaries | | 1,513 | | 1,549 |
| Other intangible assets, net of amortization of $186 and $62 at December 31, 2017 and December 31, 2016, respectively | | 873 | | 970 |
| Nuclear decommissioning trusts, at fair value | | 1,832 | | 1,606 |
| Leveraged leases | | 775 | | 774 |
| Miscellaneous property and investments | | 249 | | 270 |
| Total other property and investments | | 11,510 | | 11,420 |
| **Deferred Charges and Other Assets:** | | | | |
| Deferred charges related to income taxes | | 825 | | 1,629 |
| Unamortized loss on reacquired debt | | 206 | | 223 |
| Other regulatory assets, deferred | | 6,943 | | 6,851 |
| Other deferred charges and assets | | 1,577 | | 1,406 |
| Total deferred charges and other assets | | 9,551 | | 10,109 |
| **Total Assets** | $ | **111,005** | $ | 109,697 |

The accompanying notes are an integral part of these consolidated financial statements.

**NOTES (continued)**
**Southern Company and Subsidiary Companies 2017 Annual Report**

performance adjusted ROE of 9.33% and an increased equity ratio of 55% . The ultimate outcome of this matter cannot be determined at this time.

### Southern Company Gas

The natural gas distribution utilities are subject to regulation and oversight by their respective state regulatory agencies for the rates charged to their customers and other matters. These agencies approve rates designed to provide the opportunity to generate revenues to recover all prudently-incurred costs, including a return on rate base sufficient to pay interest on debt and provide a reasonable ROE.

The natural gas market for Atlanta Gas Light was deregulated in 1997. Accordingly, marketers, rather than a traditional utility, sell natural gas to end-use customers in Georgia and handle customer billing functions. Atlanta Gas Light earns revenue for its distribution services by charging rates to its customers based primarily on monthly fixed charges that are set by the Georgia PSC and adjusted periodically.

With the exception of Atlanta Gas Light, the natural gas distribution utilities are authorized by the relevant regulatory agencies in the states in which they serve to use natural gas cost recovery mechanisms that adjust rates to reflect changes in the wholesale cost of natural gas and ensure recovery of all costs prudently incurred in purchasing natural gas for customers. Natural gas cost recovery revenues are adjusted for differences in actual recoverable natural gas costs and amounts billed in current regulated rates. Changes in the billing factor will not have a significant effect on revenues or net income, but will affect cash flows. In addition to natural gas cost recovery mechanisms, there are other cost recovery mechanisms, such as regulatory riders, which vary by utility but allow recovery of certain costs, such as those related to infrastructure replacement programs, as well as environmental remediation and energy efficiency plans. See Note 1 under " Cost of Natural Gas " for additional information.

### Regulatory Infrastructure Programs

Certain of Southern Company Gas' natural gas distribution utilities are involved in ongoing capital projects associated with infrastructure improvement programs that have been previously approved by their applicable state regulatory agencies and provide an appropriate return on invested capital. These infrastructure improvement programs are designed to update or expand the natural gas distribution systems of the natural gas distribution utilities to improve reliability and meet operational flexibility and growth. Initial program lengths range from nine to 10 years , with completion dates ranging from 2020 through 2025.

On February 21, 2017, the Georgia PSC approved a rate adjustment mechanism for Atlanta Gas Light that included the 2017 capital investment associated with a four -year extension of one of its existing infrastructure programs, with a total additional investment of $177 million through 2020.

### Base Rate Cases

On January 31, 2018, the Illinois Commerce Commission approved a $137 million increase in Nicor Gas' annual base rate revenues, including $93 million related to the recovery of investments under Nicor Gas' infrastructure program, effective February 8, 2018, based on a ROE of 9.8% .

The Illinois Commerce Commission issued an order effective January 25, 2018 that requires utilities in the state to record the impacts of the Tax Reform Legislation, including the reduction in the corporate income tax rate to 21% and the impact of excess deferred income taxes, as a regulatory liability. On February 20, 2018, the Illinois Commerce Commission granted Nicor Gas' application for rehearing to file revised base rates and tariffs, which Nicor Gas expects to file by the end of the second quarter 2018.

On December 1, 2017, Atlanta Gas Light filed its 2018 annual rate adjustment with the Georgia PSC. If approved, Atlanta Gas Light's annual base rate revenues will increase by $22 million , effective June 1, 2018. Atlanta Gas Light will file a revised rate adjustment to incorporate the effects of the Tax Reform Legislation in the first quarter 2018. The Georgia PSC is expected to rule on the revised requested increase in the second quarter 2018.

The ultimate outcome of these matters cannot be determined at this time.

### Kemper County Energy Facility

### Overview

The Kemper County energy facility was designed to utilize IGCC technology with an expected output capacity of 582 MWs and to be fueled by locally mined lignite (an abundant, lower heating value coal) from a mine owned by Mississippi Power and situated adjacent to the Kemper County energy facility. The mine, operated by North American Coal Corporation, started

**NOTES (continued)**
**Southern Company and Subsidiary Companies 2017 Annual Report**

commercial operation in 2013. In connection with the Kemper County energy facility construction, Mississippi Power constructed approximately 61 miles of $CO_2$ pipeline infrastructure for the transport of captured $CO_2$ for use in enhanced oil recovery.

*Schedule and Cost Estimate*

In 2012, the Mississippi PSC issued the 2012 MPSC CPCN Order, confirming the CPCN originally approved by the Mississippi PSC in 2010 authorizing the acquisition, construction, and operation of the Kemper County energy facility. The certificated cost estimate of the Kemper County energy facility included in the 2012 MPSC CPCN Order was $2.4 billion , net of approximately $0.57 billion for the cost of the lignite mine and equipment, the cost of the $CO_2$ pipeline facilities, AFUDC, and certain general exceptions (Cost Cap Exceptions). The 2012 MPSC CPCN Order approved a construction cost cap of up to $2.88 billion , with recovery of prudently-incurred costs subject to approval by the Mississippi PSC. The Kemper County energy facility was originally projected to be placed in service in May 2014. Mississippi Power placed the combined cycle and the associated common facilities portion of the Kemper County energy facility in service in August 2014.

The initial production of syngas began on July 14, 2016 for gasifier "B" and on September 13, 2016 for gasifier "A." Mississippi Power achieved integrated operation of both gasifiers on January 29, 2017, including the production of electricity from syngas in both combustion turbines. During testing, the plant produced and captured $CO_2$, and produced sulfuric acid and ammonia, each of acceptable quality under the related off-take agreements. However, Mississippi Power experienced numerous challenges during the extended start-up process to achieve integrated operation of the gasifiers on a sustained basis. In May 2017, after achieving these milestones, Mississippi Power determined that a critical system component, the syngas coolers, would need replacement sooner than originally planned, which would require significant lead time and significant cost. In addition, the long-term natural gas price forecast had decreased significantly and the estimated cost of operating and maintaining the facility during the first five full years of operations had increased significantly since certification.

On June 21, 2017, the Mississippi PSC stated its intent to issue an order (which occurred on July 6, 2017) directing Mississippi Power to pursue a settlement under which the Kemper County energy facility would be operated as a natural gas plant, rather than an IGCC plant, and address all issues associated with the Kemper County energy facility (Kemper Settlement Order). The Kemper Settlement Order established a new docket for the purposes of pursuing a global settlement of the related costs (Kemper Settlement Docket). On June 28, 2017, Mississippi Power notified the Mississippi PSC that it would begin a process to suspend operations and start-up activities on the gasifier portion of the Kemper County energy facility, given the uncertainty as to its future. On February 6, 2018, the Mississippi PSC voted to approve a settlement agreement related to cost recovery for the Kemper County energy facility among Mississippi Power, the MPUS, and certain intervenors (Kemper Settlement Agreement).

At the time of project suspension in June 2017, the total cost estimate for the Kemper County energy facility was approximately $7.38 billion , including approximately $5.95 billion of costs subject to the construction cost cap, and was net of the $137 million in additional grants from the DOE for the Kemper County energy facility. In the aggregate, Mississippi Power had recorded charges to income of $3.07 billion ( $1.89 billion after tax) as a result of changes in the cost estimate above the cost cap for the Kemper IGCC through May 31, 2017.

Given the Mississippi PSC's stated intent regarding no further rate increase for the Kemper County energy facility and the subsequent suspension, cost recovery of the gasifier portions became no longer probable; therefore, Mississippi Power recorded an additional charge to income in June 2017 of $2.8 billion ( $2.0 billion after tax), which included estimated costs associated with the gasifier portions of the plant and lignite mine. During the third and fourth quarters of 2017, Mississippi Power recorded charges to income of $242 million ( $206 million after tax), including $164 million for ongoing project costs, estimated mine and gasifier-related costs, and certain termination costs during the suspension period prior to conclusion of the Kemper Settlement Docket, as well as the charge associated with the Kemper Settlement Agreement discussed below. Additional pre-tax cancellation costs, including mine and plant closure and contract termination costs, currently estimated at approximately $50 million to $100 million (excluding salvage), are expected to be incurred in 2018. Mississippi Power has begun efforts to dispose of or abandon the mine and gasifier-related assets.

*Rate Recovery*

*Kemper Settlement Agreement*

On February 6, 2018, the Mississippi PSC voted to approve the Kemper Settlement Agreement. The Kemper Settlement Agreement provides for an annual revenue requirement of approximately $99.3 million for costs related to the Kemper County energy facility, which includes the impact of Tax Reform Legislation. The revenue requirement is based on (i) a fixed ROE for 2018 of 8.6% excluding any performance adjustment, (ii) a ROE for 2019 calculated in accordance with PEP, excluding the performance adjustment, (iii) for future years, a performance-based ROE calculated pursuant to PEP, and (iv) amortization periods for the related regulatory assets and liabilities of eight years and six years, respectively. The revenue requirement also

II-109