# **EXHIBIT D**

Table of Contents                    Index to Financial Statements

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 10-K

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

### For the Fiscal Year Ended December 31, 2013

### OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

### For the Transition Period from          to

| Commission File Number | Registrant, State of Incorporation, Address and Telephone Number | I.R.S. Employer Identification No. |
|---|---|---|
| 1-3526 | **The Southern Company**<br>(A Delaware Corporation)<br>30 Ivan Allen Jr. Boulevard, N.W.<br>Atlanta, Georgia 30308<br>(404) 506-5000 | 58-0690070 |
| 1-3164 | **Alabama Power Company**<br>(An Alabama Corporation)<br>600 North 18th Street<br>Birmingham, Alabama 35291<br>(205) 257-1000 | 63-0004250 |
| 1-6468 | **Georgia Power Company**<br>(A Georgia Corporation)<br>241 Ralph McGill Boulevard, N.E.<br>Atlanta, Georgia 30308<br>(404) 506-6526 | 58-0257110 |
| 001-31737 | **Gulf Power Company**<br>(A Florida Corporation)<br>One Energy Place<br>Pensacola, Florida 32520<br>(850) 444-6111 | 59-0276810 |
| 001-11229 | **Mississippi Power Company**<br>(A Mississippi Corporation)<br>2992 West Beach Boulevard<br>Gulfport, Mississippi 39501<br>(228) 864-1211 | 64-0205820 |
| 333-98553 | **Southern Power Company**<br>(A Delaware Corporation)<br>30 Ivan Allen Jr. Boulevard, N.W. | 58-2598670 |

**NOTES (continued)**
**Southern Company and Subsidiary Companies 2013 Annual Report**

Mississippi Power's 2010 project estimate, current cost estimate, and actual costs incurred as of December 31, 2013 for the Kemper IGCC are as follows:

| Cost Category | 2010 Project Estimate [d] | Current Estimate | Actual Costs at 12/31/2013 |
|---|---|---|---|
| | *(in billions)* | | |
| Plant Subject to Cost Cap [a] | $ 2.40 | $ 4.06 | $ 3.25 |
| Lignite Mine and Equipment | 0.21 | 0.23 | 0.23 |
| $CO_2$ Pipeline Facilities | 0.14 | 0.11 | 0.09 |
| AFUDC [b] | 0.17 | 0.45 | 0.28 |
| General Exceptions | 0.05 | 0.10 | 0.07 |
| Regulatory Asset [c] | — | 0.09 | 0.07 |
| Total Kemper IGCC [a] | $ 2.97 | $ 5.04 | $ 3.99 |

(a)   The 2012 MPSC CPCN Order approved a construction cost cap of up to $2.88 billion , net of the DOE Grants and excluding the Cost Cap Exceptions.

(b)   Mississippi Power's original estimate included recovery of financing costs during construction which was not approved by the Mississippi PSC in June 2012 as described in "Rate Recovery of Kemper IGCC Costs."

(c)   The 2012 MPSC CPCN Order approved deferral of non-capital Kemper IGCC-related costs during construction as described in "Rate Recovery of Kemper IGCC Costs – Regulatory Assets."

(d)   The 2010 Project Estimate is the certificated cost estimate adjusted to include the certificated estimate for the $CO_2$ pipeline facilities which was approved in 2011 by the Mississippi PSC.

Of the total costs incurred as of December 31, 2013, $2.74 billion was included in CWIP (which is net of the DOE Grants and estimated probable losses of $1.18 billion ), $70.5 million in other regulatory assets, and $3.9 million in other deferred charges and assets in the balance sheet, and $1.0 million was previously expensed.

Mississippi Power does not intend to seek any rate recovery or joint owner contributions for any related costs that exceed the $2.88 billion cost cap, excluding the Cost Cap Exceptions and net of the DOE Grants. Southern Company recorded pre-tax charges to income for revisions to the cost estimate of $1.2 billion ( $729 million after-tax) in 2013 . The revised cost estimates reflect increased labor costs, piping and other material costs, start-up costs, decreases in construction labor productivity, the change in the in-service date, and an increase in the contingency for risks associated with start-up activities.

Mississippi Power could experience further construction cost increases and/or schedule extensions with respect to the Kemper IGCC as a result of factors including, but not limited to, labor costs and productivity, adverse weather conditions, shortages and inconsistent quality of equipment, materials, and labor, contractor or supplier delay, or non-performance under construction or other agreements. Furthermore, Mississippi Power could also experience further schedule extensions associated with start-up activities for this "first-of-a-kind" technology, including major equipment failure, system integration, and operations, and/or unforeseen engineering problems, which would result in further cost increases and could result in the loss of certain tax benefits related to bonus depreciation. In subsequent periods, any further changes in the estimated costs to complete construction of the Kemper IGCC subject to the $2.88 billion cost cap will be reflected in Southern Company's statements of income and these changes could be material.

*Rate Recovery of Kemper IGCC Costs*

The ultimate outcome of the rate recovery matters discussed herein, including the resolution of legal challenges, determinations of prudency, and the specific manner of recovery of prudently-incurred costs, cannot be determined at this time, but could have a material impact on the Company's results of operations, financial condition, and liquidity.

*2012 MPSC CPCN Order*

The 2012 MPSC CPCN Order included provisions relating to both Mississippi Power's recovery of financing costs during the course of construction of the Kemper IGCC and Mississippi Power's recovery of costs following the date the Kemper IGCC is placed in service. With respect to recovery of costs following the in-service date of the Kemper IGCC, the 2012 MPSC CPCN Order provided for the establishment of operational cost and revenue parameters based upon assumptions in Mississippi Power's petition for the CPCN.