# **EXHIBIT F**

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 10-K

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the Fiscal Year Ended December 31, 2019**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the Transition Period from \_\_\_\_\_ to \_\_\_\_\_**

| Commission File Number | Registrant, State of Incorporation, Address and Telephone Number | I.R.S. Employer Identification No. |
|---|---|---|
| 1-3526 | **The Southern Company** (A Delaware Corporation) 30 Ivan Allen Jr. Boulevard, N.W. Atlanta, Georgia 30308 (404) 506-5000 | 58-0690070 |
| 1-3164 | **Alabama Power Company** (An Alabama Corporation) 600 North 18th Street Birmingham, Alabama 35203 (205) 257-1000 | 63-0004250 |
| 1-6468 | **Georgia Power Company** (A Georgia Corporation) 241 Ralph McGill Boulevard, N.E. Atlanta, Georgia 30308 (404) 506-6526 | 58-0257110 |
| 001-11229 | **Mississippi Power Company** (A Mississippi Corporation) 2992 West Beach Boulevard Gulfport, Mississippi 39501 (228) 864-1211 | 64-0205820 |
| 001-37803 | **Southern Power Company** (A Delaware Corporation) 30 Ivan Allen Jr. Boulevard, N.W. Atlanta, Georgia 30308 (404) 506-5000 | 58-2598670 |
| 1-14174 | **Southern Company Gas** (A Georgia Corporation) Ten Peachtree Place, N.E. Atlanta, Georgia 30309 (404) 584-4000 | 58-2210952 |

**COMBINED MANAGEMENT'S DISCUSSION AND ANALYSIS (continued)**
**Southern Company and Subsidiary Companies 2019 Annual Report**

*Taxes Other Than Income Taxes*

Taxes other than income taxes increased $6 million, or 5.6%, in 2019 compared to 2018 primarily due to increases of $4 million in ad valorem taxes and $2 million in franchise taxes.

*Estimated Loss on Kemper IGCC*

In 2019 and 2018, charges of $24 million and $37 million, respectively, were recorded associated with the abandonment and closure activities and period costs, net of sales proceeds for the mine and gasifier-related assets. The 2019 charge primarily related to the expected close out of a DOE contract related to the Kemper County energy facility. See Note 2 to the financial statements under "Kemper County Energy Facility" for additional information.

*Interest Expense, Net of Amounts Capitalized*

Interest expense, net of amounts capitalized decreased $7 million, or 9.2%, in 2019 compared to 2018, primarily as the result of a decrease in outstanding long-term borrowings. See Note 8 to the financial statements for additional information.

*Other Income (Expense), Net*

Other income (expense), net decreased $5 million in 2019 compared to 2018. The decrease was primarily due to the $24 million settlement of Mississippi Power's Deepwater Horizon claim in 2018, partially offset by a $9 million increase in interest income associated with a new tolling arrangement accounted for as a sales-type lease and a $7 million decrease in charitable donations. See Notes 3 and 9 to the financial statements under "Other Matters – Mississippi Power" and "Lessor," respectively, for additional information.

*Income Taxes (Benefit)*

Income tax expense increased $132 million, or 129.4%, in 2019 compared to 2018 primarily due to a $92 million increase related to the 2018 reduction of a valuation allowance for a state income tax net operating loss (NOL) carryforward, a $42 million increase associated with the revaluation of deferred tax assets related to the Kemper IGCC recorded in 2018 in accordance with the Tax Reform Legislation, and a $9 million increase due to higher pre-tax earnings in 2019. These increases were partially offset by $15 million associated with the flowback of excess deferred income taxes resulting from the MRA Settlement Agreement and a new tolling arrangement accounted for as a sales-type lease. See FUTURE EARNINGS POTENTIAL – "Income Tax Matters" herein and Note 10 to the financial statements for additional information.

**Southern Power**

Net income attributable to Southern Power for 2019 was $339 million, a $152 million increase from 2018, primarily due to net impacts totaling approximately $141 million from the dispositions of the Florida Plants in 2018 and Plant Nacogdoches in the second quarter 2019, which include an asset impairment charge in 2018, a gain on sale in 2019 (including the recognition of deferred ITCs), and a decrease in operations and maintenance expense, partially offset by PPA capacity revenue decreases in 2019. The increase in net income also reflects $79 million in tax expense recognized in 2018 related to the Tax Reform Legislation, a $27 million wind turbine equipment impairment charge in 2018, and net gains in 2019 of $25 million from the Roserock solar facility litigation settlement and sales of wind equipment. These increases were partially offset by $65 million in state income tax benefits recorded in 2018 arising from the reorganization of Southern Power's legal entities and reductions in net income of approximately $60 million related to the SP Wind tax equity partnership entered into in 2018.

See Note 15 to the financial statements under "Southern Power – Sales of Natural Gas and Biomass Plants" and " – Development Projects" for additional information on the Florida Plants and Plant Nacogdoches dispositions and sales of wind turbine equipment. See Notes 7 and 10 to the financial statements under "Southern Power" and "Legal Entity Reorganizations" for additional information on the tax equity partnerships and the legal entity reorganization, respectively. Also see Note 3 to the financial statements under "General Litigation – Southern Power" for additional information on the Roserock solar facility litigation settlement.