## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ROBERT (BOB) FORMBY, on behalf of
himself and all others similarly situated,

Plaintiff,

v.

Deloitte & Touche, LLP and Deloitte, LLP,

Defendants.

No. 1:22-cv-00670-WMR

## NOTICE OF ERRATA

Plaintiff Robert Formby ("Plaintiff") respectfully submits the following errata to correct Plaintiff's certification at ECF No. 1-2.

Plaintiff's certification states that "the attached sheet lists all of my transactions in Southern Company during the Class Period as specified in the Complaint," ECF No. 1-2 at ¶ 5, but neglected to actually attach that document.

A corrected certification that includes the document is attached to this filing, and should replace ECF No. 1-2.

Plaintiff has already provided the erroneously omitted document to Defendants.

1

Dated: October 6, 2022

Respectfully submitted,

s/ John McCown
C. Mark Warren (Ga. Bar No. 738210)
John McCown (Ga. Bar No. 486002)
**WARREN & GRIFFIN, PC**
300 West Emery, Suite 108
Dalton, GA 30720
Phone: (706) 529-4878
cmark@warrenandgirffin.com
john.mccown@warrenandgriffin.com

Gordon Ball (pro hac vice)
**GORDON BALL, PLLC**
3728 West End Avenue
Nashville, Tennessee 37205
Phone: (865) 525-7028
gball@gordonball.com

Thomas H. Bienert, Jr. (pro hac vice)
Alexis Federico (pro hac vice)
**BIENERT, KATZMAN, LITTRELL,
WILLIAMS**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Phone: (949) 369-3700
tbienert@bklwlaw.com
afederico@bklwlaw.com

*Counsel for Plaintiff*

2

# EXHIBIT B

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, Robert (Bob) Formby, made this declaration pursuant to Section 21D(a)(2) of the Securities Exchange Act of 1934 as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Deloitte Touch LLP, et al (Deloitte) and authorize the filing of a comparable complaint on my behalf.

3. I did not purchase Southern Company securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Exchange Act of 1934.

4. I am willing to serve as a representative party on behalf of a Class of Shareholders who purchased Souther Company during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in Southern Company during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class

as ordered or approved by the court.

8.    I declare under penalty of perjury that the foregoing is true and correct.

Executed $\underline{2-9-22}$ at

(Date)

*180 Mountain Brook Park*
*Birmingham, AL 35213*

(City, State)

*Robert (Bob) Formby*

(Signature)

Robert (Bob) Formby
(Type or Print Name)

**Class-period transactions**

| Date | Price | Quantity | Buy/Sell |
|------|-------|----------|----------|
| 02/17/2015 | 45.993 | 2,000 | Buy |

## CERTIFICATE OF SERVICE

The foregoing Notice of Errata has been served upon counsel of record for the Defendants listed below via the Court's ECF system.

Defendants Deloitte & Touche, LLP & Deloitte, LLP

Kenneth Yeatts Turnbull
King & Spalding, LLP - D.C.
Suite 200
1700 Pennsylvania Ave., NW
Washington, DC 20006
Email: kturnbull@kslaw.com

Jessica Perry Corley
King & Spalding
1180 Peachtree Street NE
Suite 1600
Atlanta, GA 30309
Email: jpcorley@kslaw.com

Kevin Jordan O'Brien
King & Spalding LLP - ATL
1180 Peachtree St., N.E.
Atlanta, GA 30309-3521
Email: kobrien@kslaw.com

This 6th day of October 2022.

s/ John McCown
C. Mark Warren (Ga. Bar No. 738210)
John McCown (Ga. Bar No. 486002)

WARREN & GRIFFIN, PC
300 West Emery, Suite 108
Dalton, GA 30720
Phone: (706) 529-4878
cmark@warrenandgirffin.com
john.mccown@warrenandgriffin.com

3