# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

ROBERT (BOB) FORMBY, on behalf of himself and all others similarly situated,

      Plaintiff,

v.

DELOITTE & TOUCHE LLP and DELOITTE LLP,

      Defendants.

Case No.: No. 1:22-cv-00670-WMR

**DECLARATION OF ALEXIS PASCHEDAG FEDERICO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, Alexis Paschedag Federico, declare as follows:

1. I am an attorney admitted *pro hac vice* to the United States District Court for the Northern District of Georgia and am an attorney at Bienert Katzman Littrell Williams LLP, counsel of record for Plaintiff Robert Formby in this action. I make this declaration of my own personal knowledge and could competently testify about the below facts.

2. Attached as **Exhibit 1** is a true and correct copy of an article authored by the Acting Chief Accountant of the SEC, Paul Munter, titled *The Auditor's Responsibility for Fraud Detection*, published on the SEC's website on October 11,

1

2022 (available at https://www.sec.gov/news/statement/munter-statement-fraud-detection-101122?utm_medium=email&utm_source=govdelivery).

3.      On October 11, 2022, I reviewed the docket report in *Compucom Systems v. Getronics Finance* (D. Del. Case No. 1:09-cv-00173-SLR) and accessed Compucom's Exhibit to *Supplemental Memorandum in Opposition re [45] Motion to Dismiss for Failure to State a Claim, [53] Answering Brief in Opposition* (Dkt. 60-1). A true and correct copy of the Exhibit—KPMG's *Audit Committee Institute, Accounting Judgments, Estimates, and Restatements: Implications for Audit Committee Oversight* (2007)—is attached as **Exhibit 2**.

4.      Attached as **Exhibit 3** is a true and correct copy of an article authored by Giacomo Bologna, titled *Ex Kemper plant manager says execs ignored her warning: "It was essentially a cover-up,"* published by the Mississippi Clarion Ledger on May 10, 2019 (available at https://www.clarionledger.com/story/news/politics/2019/05/10/kemper-power-plant-ex-manager-calls-cover-up/1127749001/).

5.      On February 7, 2022, I reviewed the docket report in *Samuel R. Floyd, III, et al. v. Deloitte & Touche, LLP, et al.* (D.S.C. Case No. 3:19- cv-03304-MBS) and accessed the transcript for the November 17, 2020 hearing on defendants' motion to dismiss, Docket No. 64. A true and correct copy of that excerpted transcript is attached as **Exhibit 4**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of October 2022, at San Clemente, California.

By: */s/ Alexis Paschedag Federico*
Alexis Paschedag Federico (CA Bar 313392)

2

admitted *pro hac vice*
afederico@bklwlaw.com
**BIENERT KATZMAN LITTRELL**
**WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Tel: (949) 369-3700
*Counsel for Plaintiff*

3