# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:22-cv-00670-WMR**
**Formby v. Deloitte & Touche, LLP et al**
**Honorable William M. Ray, II**

Minute Sheet for proceedings held In Open Court on 12/06/2022.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 12:00 P.M.     COURT REPORTER: Geraldine Glover
TIME IN COURT: 1:45                  DEPUTY CLERK: Sherri Lundy
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:    Gordon Ball representing Robert (Bob) Formby
Daniel Goldman representing Robert (Bob) Formby
Kevin O'Brien representing Deloitte & Touche, LLP and Deloitte, LLP
Kenneth Turnbull representing Deloitte & Touche, LLP and Deloitte, LLP

Motion Hearing(Motion Hearing Non-evidentiary);

[34]Motion to Dismiss DEFERRED

Court heard oral argument on Motion to Dismiss and took the matter under advisement. Court will endeavor to issue an Order by mid-January.

PROCEEDING CATEGORY:

MOTIONS RULED ON:

MINUTE TEXT:

HEARING STATUS:    Hearing Concluded