UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT (BOB) FORMBY,<br><br>            Plaintiff,<br><br>vs.<br><br>DELOITTE & TOUCHE, LLP ET AL,<br><br>            Defendants. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-670-WMR |

## J U D G M E N T

This action having come before the court, Honorable William M. Ray, II, United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed because the statue of limitations has run.

Dated at Atlanta, Georgia, this 14th day of February, 2023.

                                                                KEVIN P. WEIMER
                                                                CLERK OF COURT

                                                By:    s/ T. Schoolcraft            
                                                            Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 14, 2023
Kevin P. Weimer
Clerk of Court

By:    s/ T. Schoolcraft            
            Deputy Clerk